# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| LeRon Howard, | )<br>) |
| Petitioner, | )<br>) |
| vs. | ) **ORDER (AMENDED) GRANTING**<br>) **MOTION FOR LEAVE TO APPEAL**<br>) **IN FORMA PAUPERIS** |
| Colby Braun, Warden of the North Dakota State Penitentiary, | )<br>)<br>) Case No. 1:15-cv-082 |
| Respondent. | ) |

On January 22, 2016, the court issued an order denying Petitioner LeRon Howard's § 2254 petition. On February 16, 2016, Howard filed a notice of appeal along with a motion for leave to appeal *in forma pauperis*. Howard's motion for leave to appeal *in forma pauperis* (Docket No. 19) is **GRANTED**.[1]

**IT IS SO ORDERED.**

Dated this 29th day of February, 2016.

                                                                                       */s/ Charles S. Miller, Jr.*
                                                                                        Charles S. Miller, Jr., Magistrate Judge
                                                                                        United States District Court

---

[1] As no appellate filing fee is being assessed, the North Dakota State Penitentiary should disregard the "Notice of Collection of Filing Fee for Filing Fee" it received from the Clerk's office.